IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CIVIC TECHNOLOGIES, INC., VINNY LINGHAM, and JONATHAN SMITH,<br><br>　　　　　　Defendants. | No. 1:20-cv-02811-AT |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT the undersigned, Tyler Whitmer, hereby gives notice of appearance on behalf of Defendant Civic Technologies, Inc., and hereby requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the address set forth below.

This the 14th day of May, 2020.

　　　　　　　　　　　　　　　　　/s/ Tyler Whitmer
　　　　　　　　　　　　　　　　　Tyler Whitmer
　　　　　　　　　　　　　　　　　QUINN EMANUEL URQUHART
　　　　　　　　　　　　　　　　	& SULLIVAN, LLP
　　　　　　　　　　　　　　　　　1300 I St NW #900,
　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　202.538.8202 (telephone)
　　　　　　　　　　　　　　　　　202 538 8100 (facsimile)
　　　　　　　　　　　　　　　　　tylerwhitmer@quinnemanuel.com

　　　　　　　　　　　　　　　　　*Attorney for Civic Technologies, Inc.*