## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM ZHANG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CIVIC TECHNOLOGIES, INC., VINNY LINGHAM, and JONATHAN SMITH,<br><br>Defendants. | Case No. 1:20-cv-02811-AT<br><br>Honorable Analisa Torres |

## NOTICE OF MOTION FOR APPOINTMENT OF LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF CO-LEAD COUNSEL

PLEASE TAKE NOTICE that David Chua ("Chua") and Joel Deutsch ("Deutsch") respectfully move this Court (i) to appoint them lead plaintiffs in the above-captioned action and (ii) to approve their selection of Roche Cyrulnik Freedman LLP and Selendy & Gay PLLC as co-lead counsel pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B)(i).  A proposed order is attached to this notice and will be submitted to the Orders Clerk concurrently with this filing.  In support of the motion, Chua and Deutsch rely upon the accompanying memorandum of law and any other written or oral argument as may be requested or permitted by the Court.

Dated:      June 8, 2020
               New York, New York

                                            Respectfully submitted,

| _/s/ Philippe Z. Selendy_ | _/s/ Kyle W. Roche_ |
|---|---|
| Philippe Z. Selendy | Kyle W. Roche |
| Jordan A. Goldstein | Edward Normand |
| Spencer Gottlieb | Velvel (Devin) Freedman |
| David Coon | Alex T. Potter |
| SELENDY & GAY PLLC | ROCHE CYRULNIK |
| 1290 Sixth Avenue, 17th Floor |    FREEDMAN LLP |
| New York, NY 10104 | 99 Park Avenue, 19th Floor |
| pselendy@selendygay.com | New York, NY 10016 |
| jgoldstein@selendygay.com | kyle@rcfllp.com |
| sgottlieb@selendygay.com | tnormand@rcfllp.com |
| dcoon@selendygay.com | vel@rcfllp.com |
| | apotter@rcfllp.com |