```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
WILLIAM ZHANG, individually and on behalf of all others similarly situated,

                Plaintiff,

            -against-

CIVIC TECHNOLOGIES, INC., VINNY LINGHAM, and JONATHAN SMITH,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/28/2020_

20 Civ. 2811 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    Having reviewed the parties' letters dated October 15 and 22, 2020, ECF Nos. 42, 44, the Court ORDERS that:

1. By **December 2, 2020**, Defendants shall file their motion to dismiss the second amended class action complaint;
2. By **December 23, 2020**, Plaintiffs shall file their opposition papers; and
3. By **January 2, 2021**, Defendants shall file their reply, if any.

    SO ORDERED.

Dated: October 28, 2020
       New York, New York

                                      ANALISA TORRES
                                 United States District Judge