UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID CHUA and JOEL DEUTSCH, individually and on behalf of all others similarly situated,<br><br>     *Plaintiff,*<br><br> -against-<br><br>CIVIC TECHNOLOGIES, INC., VINNY LINGHAM, and JONATHAN SMITH<br><br>     *Defendants*. | Case No.: 1:20-cv-02811-AT<br><br>Honorable Analisa Torres |

### DEFENDANTS' MOTION TO COMPEL ARBITRATION OR DISMISS THE <u>COMPLAINT</u>

 PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support of the motion, Defendants Vinny Lingham, Jonathan Smith, and Civic Technologies, Inc. will move this Court, before the Honorable Analisa Torres, for an order dismissing Plaintiffs David Chua and Joel Deutsch's complaint in its entirety, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), or in the alternative to compel arbitration.

Dated: December 2, 2020

             QUINN EMANUEL URQUHART &
              SULLIVAN, LLP

             By: /s/ *Alex Spiro*
             Alex Spiro
             51 Madison Avenue, 22nd Floor
             New York, New York 10010
             (212) 849-7000

             *Attorneys for Defendants Civic Technologies,*
             *Inc., Vinny Lingham & Jonathan Smith*