UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID CHUA and JOEL DEUTSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIVIC TECHNOLOGIES, INC., VINNY LINGHAM, and JONATHAN SMITH,<br><br>Defendants. | No. 1:20-cv-02811-AT<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs David Chua and Joel Deutsch and their counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice and without costs or attorneys' fees to any party, against Defendants Civic Technologies, Inc., Vinny Lingham, and Jonathan Smith.

Dated:  April 27, 2021
         New York, NY

Kyle W. Roche
Edward Normand
Velvel (Devin) Freedman (pro hac vice)
Alex T. Potter
ROCHE FREEDMAN LLP
99 Park Avenue, 19th Floor
New York, NY
kyle@rcfllp.com
tnormand@rcfllp.com
vel@rcfllp.com
apotter@rcfllp.com

/s/ Jordan A. Goldstein
Philippe Z. Selendy
Jordan A. Goldstein
David Coon
SELENDY & GAY PLLC
1290 Sixth Avenue, 17th Floor
New York, NY 10104
pselendy@selendygay.com
jgoldstein@selendygay.com
dcoon@selendygay.com

*Co-Lead Counsel and Attorneys for Plaintiffs and the Proposed Class*