UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID CHUA and JOEL DEUTSCH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CIVIC TECHNOLOGIES, INC., VINNY LINGHAM, and JONATHAN SMITH,<br><br>Defendants. | No. 1:20-cv-02811-AT<br><br>CORRECTED NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiffs David Chua and Joel Deutsch, and Plaintiff William Zhang (who is not a Lead Plaintiff in this matter), through their counsel, hereby give notice that the above-captioned action is voluntarily dismissed in its entirety, without prejudice and without costs or attorneys' fees to any party, against Defendants Civic Technologies, Inc., Vinny Lingham, and Jonathan Smith.

Dated:  April 29, 2021
        New York, NY

|  |  |
|---|---|
|  | */s/ Jordan A. Goldstein* |
| Kyle W. Roche<br>Edward Normand<br>Velvel (Devin) Freedman (pro hac vice)<br>Alex T. Potter<br>ROCHE FREEDMAN LLP<br>99 Park Avenue, 19th Floor<br>New York, NY<br>kyle@rcfllp.com<br>tnormand@rcfllp.com<br>vel@rcfllp.com<br>apotter@rcfllp.com | Philippe Z. Selendy<br>Jordan A. Goldstein<br>David Coon<br>SELENDY & GAY PLLC<br>1290 Sixth Avenue, 17th Floor<br>New York, NY 10104<br>pselendy@selendygay.com<br>jgoldstein@selendygay.com<br>dcoon@selendygay.com<br><br>*Co-Lead Counsel and Attorneys for Plaintiffs and the Proposed Class* |